IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RANDY MARTIN,

    Plaintiff,

v.  No. 11-1204

PERFORMANCE BOAT BROKERAGE.COM,
LLC and MATTHEW EDWARD SMITH,

    Defendants.
_____

ORDER ADOPTING REPORTS AND RECOMMENDATIONS
_____

Pursuant to an order of reference entered on August 12, 2011, the magistrate judge has entered two reports and recommendations (D.E. 26, 29), as well as an amended report and recommendation (D.E. 30).  The Court has reviewed the magistrate judge's reports and recommendations, and the entire record of the proceeding before the magistrate judge.  No objections having been filed to the reports and recommendations, the Court ADOPTS the magistrate judge's reports and recommendations.  It is therefore ORDERED that the magistrate judge's reports and recommendations are hereby ADOPTED.

    IT IS SO ORDERED this 12th day of September 2011.

                                    s/ J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE