IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RANDY MARTIN,

    Plaintiff,

v.                                             No. 11-1204

PERFORMANCE BOAT BROKERAGE.COM,
LLC and MATTHEW EDWARD SMITH,

    Defendants.
_____

ORDER ADOPTING REPORTS AND RECOMMENDATIONS
_____

Before the Court are two reports and recommendations (D.E. 39, 40) issued by the magistrate judge on October 25 and 27, 2011, respectively. The Court has reviewed the magistrate judge's reports and recommendations, and the entire record of the proceedings before the magistrate judge. No objections having been filed to the reports and recommendations, the Court ADOPTS the magistrate judge's reports and recommendations. It is therefore ORDERED that the magistrate judge's reports and recommendations are hereby ADOPTED.

IT IS SO ORDERED this 16th day of November 2011.

                                                       s/ J. DANIEL BREEN
                                                       UNITED STATES DISTRICT JUDGE