IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RANDY MARTIN,

    Plaintiff,

v.                                              No. 11-1204

PERFORMANCE BOAT BROKERAGE.COM,
LLC and MATTHEW EDWARD SMITH,

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

Pursuant to an order of reference entered on March 27, 2012, the magistrate judge has issued a report and recommendation dated May 25, 2012 (D.E. 82) on the motion of the Plaintiff, Randy Martin, for default judgment (D.E. 65). The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation. It is therefore ORDERED that the magistrate judge's report and recommendation is hereby ADOPTED.

IT IS SO ORDERED this 14th day of June 2012.

                                                  s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE