# PLEASE DISREGARD THIS ENTRY AS IT WAS DOCKETED IN THIS CASE IN ERROR.